| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| 2 | Jamie Pollaci (SBN 244659)<br>jpollaci@seyfarth.com |
| 3 | 2029 Century Park East, Suite 3500<br>Los Angeles, California 90067-3021 |
| 4 | Telephone: (310) 277-7200<br>Facsimile: (310) 201-5291 |
| 5 | SEYFARTH SHAW LLP |
| 6 | Kara D. Keister (SBN 250260)<br>kkeister@seyfarth.com |
| 7 | 400 Capitol Mall, Suite 2350<br>Sacramento, California 95814-4428 |
| 8 | Telephone: (916) 448-0159<br>Facsimile: (916) 558-4839 |

Attorneys for Defendants
RTX CORPORATION; RAYTHEON TECHNOLOGIES INCORPORATED; ARINC INCORPORATED d/b/a COLLINS AEROSPACE; NEW YORK GOODRICH CORPORATION d/b/a GOODRICH CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYED JAMAL, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>RTX CORPORATION, a Delaware Corporation; RAYTHEON TECHNOLOGIES INCORPORATED, California Corporation; ARINC INCORPORATED d/b/a COLLINS AEROSPACE, a Delaware Corporation; NEW YORK GOODRICH CORPORATION d/b/a GOODRICH CORPORATION, a New York Corporation; ZACHARY SCHLOSS, an individual; and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. _____<br><br>(Riverside County Superior Court, Case No. CVRI2405228)<br><br>**DEFENDANTS' RULE 7.1-1 CORPORATE DISCLOSURE STATEMENT**<br><br>Complaint Filed: September 18, 2024<br>Trial Date: None Set: None |

DEFENDANTS' RULE 7.1-1 CORPORATE DISCLOSURE STATEMENT

314374998v.1

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFF SYED JAMAL, AND HIS ATTORNEYS OF RECORD:**

Defendants RTX CORPORATION; RAYTHEON TECHNOLOGIES INCORPORATED; ARINC INCORPORATED d/b/a COLLINS AEROSPACE; GOODRICH CORPORATION (incorrectly sued as NEW YORK GOODRICH CORPORATION d/b/a GOODRICH CORPORATION), pursuant to Fed. R. Civ. P. Rule 7.1, hereby states as follows:

1. Goodrich Corporation is a wholly-owned subsidiary of RTX Corporation ("RTX") (formerly known as Raytheon Technologies Corporation). RTX has no parent company, and no publicly traded company owns 10% or more of RTX's stock.

2. Raytheon Technologies Incorporated is an indirect wholly-owned subsidiary of RTX Corporation. Raytheon Technologies Incorporated is a direct wholly-owned subsidiary of Raytheon Company. And Raytheon Company is a direct wholly-owned subsidiary of RTX Corporation.

3. ARINC is a wholly-owned subsidiary of Rockwell Collins, Inc. ("RCI.") Rockwell Collins, Inc. is a wholly-owned subsidiary of Raytheon Technologies Corporation, which is registered to do business in California as Raytheon (CA) Technologies Corporation. Raytheon Technologies Corporation has no parent company, and no publicly traded company owns 10% or more of Raytheon Technologies Corporation's stock.

| | |
|---|---|
| DATED: October 24, 2024 | SEYFARTH SHAW LLP |
| | By: */s/ Kara Keister* |
| | Kara Keister |
| | Attorneys for Defendants RTX CORPORATION; RAYTHEON TECHNOLOGIES INCORPORATED; ARINC INCORPORATED d/b/a COLLINS AEROSPACE; NEW YORK GOODRICH CORPORATION d/b/a GOODRICH CORPORATION |

2