SEYFARTH SHAW LLP
Angelina T. Evans (SBN 244634)
aevans@seyfarth.com
601 S. Figueroa Street, Suite 3300
Los Angeles, California 90670
Telephone:  (213) 270-9701
Facsimile:   (213) 270-9601

Kara D. Keister (SBN 250260)
kkeister@seyfarth.com
400 Capitol Mall, Suite 2300
Sacramento, California 95814-4428
Telephone:  (916) 448-0159
Facsimile:   (916) 558-4839

Attorneys for Defendants
RTX CORPORATION; RAYTHEON TECHNOLOGIES
INCORPORATED; ARINC INCORPORATED d/b/a
COLLINS AEROSPACE; GOODRICH CORPORATION
(incorrectly sued as NEW YORK GOODRICH
CORPORATION d/b/a GOODRICH CORPORATION)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYED JAMAL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>RTX CORPORATION, a Delaware Corporation; RAYTHEON TECHNOLOGIES INCORPORATED, California Corporation; ARINC INCORPORATED d/b/a COLLINS AEROSPACE, a Delaware Corporation; NEW YORK GOODRICH CORPORATION d/b/a GOODRICH CORPORATION, a New York Corporation; ZACHARY SCHLOSS, an individual; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 5:24-cv-02272-SRM-SP<br><br>(Riverside County Superior Court, Case No. CVRI2405228)<br><br>**DEFENDANTS' STATUS REPORT RE: SETTLEMENT**<br><br>Complaint Filed: September 18, 2024<br>Trial Date: May 19, 2026 |

Defendants RTX Corporation, Raytheon Technologies Incorporated, ARINC Incorporated d/b/a Collins Aerospace, New York Goodrich Corporation d/b/a Goodrich Corporation, and Zachary Schloss ("Defendants") hereby submit this Status Report re: Settlement pursuant to the Court's Case Management Order entered on April 15, 2025. (Dkt. 30.)

The Parties have executed a settlement agreement.. The Parties anticipate filing a Stipulation of Dismissal promptly.

DATED: June 16, 2026                              Respectfully submitted,

SEYFARTH SHAW LLP


By:  /s/*Kara Keister*
     Angelina T. Evans
     Kara Keister
     Attorneys for Defendants
     RTX CORPORATION; RAYTHEON
     TECHNOLOGIES INCORPORATED;
     ARINC INCORPORATED d/b/a
     COLLINS AEROSPACE; NEW
     YORK GOODRICH CORPORATION
     d/b/a GOODRICH CORPORATION

1

326626070v.1